UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Tatjana Iljina

Debtor(s).

Case No. 6:09-bk-17799-ABB
Chapter 7

**<u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY IN FAVOR OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE (RE: 19 NORTHFLEET LANE, KISSIMMEE, FL 34758)</u>**

THIS CASE came before the court on the Motion for Automatic Stay (de# 11) filed by Deutsche Bank National Trust Company, as Trustee in trust for the benefit of the Certificateholders for QUEST Trust 2005-X2, Asset-Backed Pass-Through Certificates, Series 2005-X2 (MOVANT) on December 17, 2009.  No appropriate response having been filed in accordance with Local Rule 2002-4, it is ORDERED:

The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

LOT 10, BLOCK 532, POINCIANA, NEIGHBORHOOD 1, VILLAGE 2, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 3, AT PAGES 69-87, PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

Property Address: 19 Northfleet Lane, Kissimmee, FL 34758

IT is further Ordered that:

The Order Granting Relief from Stay is entered for the sole purpose of allowing movant to obtain an in rem judgment against the property, and that movant shall not obtain an in personam relief against the debtor.

**DONE AND ORDERED** in Orlando, Florida on January 11, 2010.



_____
ARTHUR B. BRISKMAN
United States Bankruptcy Judge

Copies furnished:

Kenneth W. Lockwood, 10004 N. Dale Mabry Highway, Suite 112, Tampa, FL  33618
Emerson C. Noble, Post Office Box 195008, Winter Springs, FL 32719
Tatjana Iljina, 19 Northfleet Lane, Kissimmee, FL 34758
United States Trustee, 135 West Central Blvd., Suite 620, Orlando, FL 32801

09-152783